| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: Dante Peter Piotti, III | |

**Order Filed on January 19, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case No.: | 15-32783 |
| Hearing Date: | 1/19/2016 |
| Chapter: | 13 |
| Judge: | JNP |

## ORDER RESOLVING ORDER TO SHOW CAUSE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 19, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2

The matter having come before the Court on an Order to Show Cause Why the Case Should Not Be Dismissed For Failure to Meet The Credit Counseling Requirements, and directing the appearance of the debtor(s).

It is hereby **ORDERED** that

<u>XX</u>   The credit counseling certificate(s) that has been filed by the debtor(s) is satisfactory.   The Court finds that the debtor(s) now have met the credit counseling requirements of the Bankruptcy Code.  The case may proceed in the normal course.

___   The credit counseling certificate(s) filed by the debtor(s) is not satisfactory. The Court finds that the debtor(s) has not met the credit counseling requirements of the Bankruptcy Code, therefore, the case is DISMISSED.

___   A credit counseling certificate has not been submitted by the debtor(s).  The Court finds that the debtor(s) has not met the credit counseling requirements of the Bankruptcy Code, therefore, case is DISMISSED.

___   The debtor(s) did not appear in Court as directed in the Order to Show Cause.  The case is DISMISSED.